IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS, ADC #704518**                                                      **PLAINTIFF**

**v.**                        **NO. 1:15CV00098-JLH-BD**

**ALLEN, et al.**                                                       **DEFENDANTS**

## ORDER

Chandra Lyons, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #1)  Because of her litigation history, Lyons cannot proceed *in forma pauperis* in federal court absent an allegation that she is in imminent danger of serious physical injury.[1]  28 U.S.C. § 1915(g).  Here, Lyons did not plead sufficient facts to allege imminent danger of serious injury.  Accordingly, the Court instructed her to pay the $400 filing fee within thirty days.  Lyons was warned that her claims could be dismissed if she did not pay the statutory filing fee.  (Docket entry #2)  As of this date, Lyons has not complied with the Court's September 16, 2015 Order.  Lyons's claims are DISMISSED, without prejudice, based on her failure to comply with the Court's September 16, 2015 Order.

IT IS SO ORDERED this 25th day of November, 2015.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

---

[1] See *Lyons v. McDonald*, 5:96CV00369-GH; *Lyons v. Anderson*, 5:96CV00463-SWW; *Lyons v. Thompson*, 5:96CV00547-SMR.