# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHANDRA LYONS, ADC #704518**                                                              **PLAINTIFF**

**v.**                               **NO. 1:15CV00098-JLH-BD**

**ALLEN, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE